**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **JEANINE M. CAMACHO,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **Civil Action No. 4:07-cv-03876** |
| | § | |
| **DAVOL, INC., and C.R. BARD, INC.,** | § | |
| | § | **DEMAND FOR JURY TRIAL** |
| **Defendants** | § | |

**PLAINTIFF'S, JEANINE M. CAMACHO,**
**CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES PLAINTIFF, JEANINE M. CAMACHO, and files this Certificate of Interested Parties pursuant to the Court's Order for Conference and Disclosure of Interested Parties. The following persons, associations, of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are on may be financially interested in the outcome of this litigation.

I.

A. Plaintiff
Jeanine M. Camacho
By and through her Attorneys of Record
David W. Alexander
Steven J. Kherkher
John T. Boundas
**WILLIAMS KHERKHER HART BOUNDAS, LLP**
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017

B. Defendants
DAVOL, INC.
100 Sockanosset Crossroads

P. O. Box 8500
Cranston, Rhode Island 02920

By and Through its Registered Agent
CT Corporation System
10 Weybosset Street
Providence, Rhode Island 02903

C. R. BARD, INC.
730 Central Avenue
Murray Hill, New Jersey 07974

Respectfully submitted,

/s/ David W. Alexander

David W. Alexander
Texas Bar No. 24029417
SDTX Bar No. 32900
Steven J. Kherkher
Texas Bar No. 11375950
SDTX Bar No. 12341
John T. Boundas
Texas Bar No. 00793367
SDTX Bar No. 25155
**WILLIAMS KHERKHER HART BOUNDAS, LLP**
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226

# CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, a true and correct copy of Plaintiff's, Jeanine M. Camacho, Certificate of Interested Parties was sent via U. S. Mail pursuant to Rule 5 of the Federal Rules of Civil Procedure to the following Parties or their Attorneys of Record at the addresses shown.

DAVOL, INC.
100 Sockanosset Crossroads
P. O. Box 8500
Cranston, Rhode Island 02920

By and Through its Registered Agent
CT Corporation System
10 Weybosset Street
Providence, Rhode Island 02903

C. R. BARD, INC.
730 Central Avenue
Murray Hill, New Jersey 07974

/s/ David W. Alexander
**DAVID W. ALEXANDER**